**Joseph WISDOM, Appellant,**

v.

**Laura RUTLEDGE, Respondent.**

**No. ED 87085.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 17, 2006.

Kellie Patterson Evans, St. Louis, MO, for appellant.

Joseph R. Aubuchon, Charles A. Parmenter, Union, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

**ORDER**

PER CURIAM.

Joseph Wisdom appeals from the trial court's judgment of paternity. We have reviewed the parties' briefs and the record on appeal. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would

have no precedential value. The judgment is affirmed. Rule 84.16(b)(5).